UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN DOE subscriber assigned IP address 107.5.42.173,

        Defendant.
_____/

Case No. 13-10508

Paul D. Borman
United States District Judge

### ORDER REQUIRING DISCLOSURE OF THE IDENTITIES OF EACH MEMBER OF THE PLAINTIFF MALIBU MEDIA, LLC

The Court hereby Orders the Plaintiff, Malibu Media, LLC, to submit to the Court, on or before February 26, 2013, the identities of each of its members. In the event that any member is a partnership or a Limited Liability Company, the Defendant shall further identify the individual members of those entities.

IT IS SO ORDERED.

Paul D. Borman
United States District Judge

Dated: 2-13-13